# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------X
BARBARA A. LEWIS,

                Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
------------------------------------------------------------X

18 **CIVIL** 11445 (GWG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 5, 2019, that the decision of the Commissioner of Social Security is reversed and that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         December 5, 2019

                                          **RUBY J. KRAJICK**
                                            **Clerk of Court**

                            **BY:**
                                            **Deputy Clerk**